**Alazar Getachew ARSDI, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–72147.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 9, 2011.

Filed Oct. 24, 2011.

Evangeline G. Abriel, Santa Clara University School of Law, Santa Clara, CA, for Petitioner.

Alazar Getachew Arsdi, Florence, AZ, pro se.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Aaron R. Petty, U.S. Department of Justice, Washington, DC, for Respondent.

Before: KOZINSKI, Chief Judge, O'SCANNLAIN and BEA, Circuit Judges.

### MEMORANDUM *

Alazar Getachew Arsdi is a native and citizen of Ethiopia, who is removable under 8 U.S.C. § 1227(a)(2)(A)(iii) for having committed an aggravated felony. He petitions for review of the Board of Immigration Appeals' denial of his claim for deferral of removal pursuant to the United Nations Convention Against Torture ("CAT").[1] We have jurisdiction under 8 U.S.C. § 1252, and we deny Arsdi's petition.

"[A]dministrative findings of fact are conclusive unless any reasonable adjudica-

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

1. Arsdi also filed for asylum and withholding of removal. His appeal regarding those claims is disposed of in a concurrently filed opinion.

tor would be *compelled* to conclude to the contrary." 8 U.S.C. § 1252(b)(4)(B) (emphasis added). It was Arsdi's burden to show "a chance greater than fifty percent that he will be tortured if removed." *Hamoui v. Ashcroft*, 389 F.3d 821, 827 (9th Cir.2004).

The record in this case does not compel a conclusion that Arsdi will more likely than not be tortured. He has produced some evidence that torture sometimes occurs in Ethiopian prisons. But because he has not even shown that he will more likely than not be detained if returned to Ethiopia, he clearly has not shown that he will more likely than not be tortured.

**DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.